AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| RICHARD LEE GOOTEE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-03441-SEB-DML |
| LEXINGTON LAW FIRM | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD LEE GOOTEE                                                                                                                      .

Date:    12/20/2016

s:/ Nathan C. Volheim
*Attorney's signature*

Nathan C. Volheim
*Printed name and bar number*

900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523
*Address*

nvolheim@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*