# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD LEE GOOTEE, | |
| Plaintiff, | Case No. 1:16-cv-03441-SEB-DML |
| v. | Honorable Judge Sarah E. Baker |
| LEXINGTON LAW FIRM, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, RICHARD LEE GOOTEE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, LEXINGTON LAW FIRM, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 1, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com